**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendants
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN M. WINSTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a company licensed to do business in Nevada; DOES I-X and ROE CORPORATIONS I-X, inclusive<br><br>Defendants | 2:25-cv-00902-JCM-EJY<br><br>**STIPULATION & ORDER FOR LIMITED ADDITIONAL DISCOVERY** |

**WHEREAS** the deposition of plaintiff John M. Winston was not completed until May 7, 2026;

**WHEREAS** the continued deposition of the 30(b)(6) designee for State Farm Mutual Automobile Insurance Company was not completed until May 28, 2026; and

**WHEREAS** the testimony of both witnesses is relevant to Plaintiff's Causes of Action;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff John M. Winston and Defendants State Farm Mutual Automobile Insurance Company by and through their respective counsel of record, that the parties may serve supplemental expert reports from their respective experts on claims handling on or before June 30, 2026;

**IT IS FURTHER STIPULATED THAT** the parties may take depositions of the experts on clams handling on or before July 31, 2026;

**IT IS FURTHER STIPULATED THAT** this stipulation will not impact the dispositive motion deadline;

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

**IT IS HEREBY ORDERED THAT**,

Supplemental expert reports from the claim handling experts may be disclosed on or before June 30, 2026;

Depositions of the claim handling experts must be completed on or before July 31, 2026;

No other deadlines are changed.

DATED   June 16, 2026                         DATED   June 16, 2026

**CARMAN COONEY FORBUSH**            **EDWARD J. ACHREM &**
**PLLC**                                              **ASSOCIATES, LTD.**

                                                      **/S/ Edward J. Achrem**

SEAN D. COONEY, ESQ.                  EDWARD J. ACHREM, ESQ.
Attorneys for Defendants                Attorneys for Plaintiff
State Farm Mutual Automobile           John M. Winston
Insurance Company

## ORDER

**IT IS SO ORDERED.**

Dated: June 16, 2026

UNITED STATES MAGISTRATE JUDGE